UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                       :
HANNA ABIGAIL DEUTSCH, et al.,           :
                          Plaintiffs,  :
                                                 :      20 Civ. 8929 (LGS)
                -against-                 :
                                                 :            <u>ORDER</u>
NEW YORK STATE BOARD OF              :
ELECTIONS, et al.,                             :
                              Defendants.  :
                                                 :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, Plaintiffs have moved for a preliminary injunction requiring New York county boards of election to accept Federal Post Card Applications ("FPCAs") submitted by electronic mail on or before October 14, 2020, as well as other relief (Dkt. No. 3).  It is hereby

      **ORDERED** that by **October 28, 2020**, Plaintiffs shall provide (by filing on ECF as an attachment(s) to a letter) an evidentiary basis -- pertinent documents and/or a sworn statement from a person with knowledge -- (i) stating what, if anything, prevented Plaintiffs from emailing their FPCAs on or before October 9, 2020, and (ii) substantiating any acceptance by New York county boards of election of FPCAs emailed after October 9, 2020.  It is further

      **ORDERED** that by **October 28, 2020**, Defendants shall provide (by filing on ECF as an attachment(s) to a letter) an evidentiary basis to substantiate or dispute any acceptance by New York county boards of election of FPCAs emailed after October 9, 2020.

Dated:  October 27, 2020
        New York, New York

                                                                        LORNA G. SCHOFIELD
                                                              UNITED STATES DISTRICT JUDGE